UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephen Wolfe, | Case No. 13-CV-686 (DSD/SER) |
| Plaintiff, | |
| vs. | **STIPULATION TO AMEND COMPLAINT** |
| Officers Robert Lokhorst, William Everett, and John Does 1-5, in the individual and official capacities, and the City of St. Paul, | |
| Defendants. | |

Plaintiff Stephen Wolfe hereby agrees to substitute as sole Defendant in this action the City of St. Paul in place of current Defendants Officers Robert Lokhorst and William Everett.  Plaintiff further agrees to dismiss with prejudice his lawsuit against Defendants Officers Robert Lokhorst and William Everett.


Dated:  March 26, 2014              SARA R. GREWING
                                    City Attorney


                                    *s/ Lawrence J. Hayes, Jr.*
                                    LAWRENCE J. HAYES, JR., #42821
                                    Assistant City Attorney
                                    750 City Hall and Courthouse
                                    15 West Kellogg Boulevard
                                    St. Paul, Minnesota 55102
                                    Telephone: (651) 266-8728
                                    Fax:  (651) 266-8787
                                    Email: *larry.hayes@ci.stpaul.mn.us*
                                    *Attorneys for Defendants*

2

Dated:  April 10, 2014	APPLEBAUM LAW FIRM

*s/ Andrew M. Irlbeck*
ANDREW M. IRLBECK, #42821
PAUL APPLEBAUM, #223098
First National Bank Building
332 Minnesota Street, Ste. W1610
St. Paul, MN 55101
Telephone: (651) 222-2999
Fax:  (651) 223-5179
*Attorneys for Plaintiff*

2